**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 13-7870**

───────────

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

RAYMOND O. LEECH, a/k/a Neil,

                    Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William D. Quarles, Jr., District
Judge. (1:06-cr-00427-WDQ-2; 1:12-cv-02143-WDQ)

───────────

Submitted:  April 24, 2014          Decided:  April 28, 2014

───────────

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Raymond O. Leech, Appellant Pro Se.   Michael Clayton Hanlon,
Assistant  United  States  Attorney,  Baltimore,  Maryland,  for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond O. Leech appeals the district court's order denying his Federal Rule of Civil Procedure 60(b) motion, in which he attempted to collaterally challenge his criminal conviction and sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Leech, No. 1:06-cr-00427-WDQ-2 (D. Md. Oct. 18, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED